**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RUBEN DARIO PACHECO BRICENO,

*Petitioner*,

v.

ANTOINE MONIZ, *Acting Director of U.S. Immigration and Customs Enforcement*, et al,

*Respondents.*

Civil Action No. 4:26-40205-MRG

**ORDER OF DISMISSAL**

**GUZMAN, D.J.**

In accordance with the Petitioner's Status Report [Docket No. 15], confirming that Petitioner was released from Respondents' custody, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

October 16, 2026
Date

/s/Suzanne Frisch
Deputy Clerk